# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | A-20-CR-00008-RP |
| SCOTT WILLIAM BERNER | § § | |

## O R D E R

Before the Court is Defendant's Motion to Compel Testing of Alleged Destructive Devices Pursuant to Rule 16 and *Brady v. Maryland*, filed on March 6, 2020. Dkt. No. 50. On March 12, 2020, the District Court referred the motion to the undersigned for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(B), and FED. R. CRIM. P. 44. Dkt. No. 51.

On March 13, 2020, the parties filed an Agreed Motion for Scheduling Order informing the Court that the testing sought by the defendant's motion had begun, and that the government would receive a report of FBI forensic testing of the alleged destructive devices at issue by April 17, 2020, and promptly furnish it to the defendant. Dkt. No. 52. On March 16, 2020, the District Court ordered the government to furnish the report to the defense by April 17, 2020. Dkt. No. 53. On April 20, 2020, the parties filed an Agreed Motion to Continue, stating that the test results were provided to the defendant on April 15, 2020. Dkt. No. 56 at n.1.

Accordingly, the Court **HEREBY DISMISSES** as moot Defendant's Motion to Compel Testing. Dkt. No. 50. The Court **FURTHER ORDERS** that this case be removed from the Magistrate Court's docket and returned to the docket of the Honorable Robert Pitman.

**SIGNED** on April 27, 2020.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE